PAULINE LASKE, Respondent, v. AGNES B. WYNNE, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

SIDNEY LASKE, Respondent, v. AGNES B. WYNNE, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

GASTON & COMPANY, INC., Appellant, v. FRED STERN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the ground that rule 113* is not applicable to an action in conversion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

GEORGE E. POEHN, Appellant, v. CAMERON MACHINE COMPANY, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Substituted Trustee, under the Last Will and Testament of ANDREW L. IRELAND, Deceased, etc., Appellant, v. ROBERT L. IRELAND, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

PURITY PAPER BOTTLE CO., INC., Plaintiff, v. FONDA CONTAINER COMPANY, INC., and Others, Respondents. PURITY PAPER VESSELS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ISABEL COX and Others, Appellants, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith and McAvoy, JJ.

In the Matter of the Application of MELVILLE E. LOEWUS, as Substituted Trustee, etc., under the Last Will and Testament of LEOPOLD LOEWUS, Deceased, and Another, Respondents, for Leave to Sell Certain Real Property of Said LEOPOLD LOEWUS, Deceased. FLORENCE L. DE YOUNG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN J. CRONIN, an Infant, by TIMOTHY J. CRONIN, His Guardian ad Litem, Respondent, v. EARL D. MUDD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

DOROTHY S. TILLMAN, Respondent, v. LAWRENCE J. TILLMAN, Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ARNOLD EITINGER, Appellant, v. SCHWEIZERISCHER BANKVEREIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.